UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:17–cr–20467–AC–EAS
                                            Hon. Avern Cohn

Zahir Shah,

                Defendant(s),

_____

## NOTICE TO APPEAR

    The following defendant(s) are hereby notified to appear:  Zahir Shah

    The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 226, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  January 3, 2019 at 11:00 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/M. Verlinde_____
                                                                Case Manager

Dated:   December 6, 2018