FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ▮▮▮▮ (U) Interview of Katherine Yu on 2-22-2018 , On 02/22/2018 , Page 8 of 10

YU was read off a list of patient names and asked if she could identify the patient recruiter they were associated with. The list of patient names and recruiters are provided below: ("?" = not sure who the marketer was.)

| Patient name | Recruiter |
|---|---|
| BARBARA BELL | RUSSELL |
| DEBORAH BENNETT | NADEEM |
| KATHY BERGER | ALI |
| DENISE BERRYHILL | FOUNTAIN |
| ANNIE BROWN | RUSSELL |
| GERLDENE BRYANT | MATTHEWS/MYLALA |
| ELSIE BURTON | WRIGHT? |
| WARREN CARROLL | MURAD |
| GARY CAUDILL | MATTHEWS |
| STEVEN CHARTRAND | ? |
| EDWIN CHETSANGA | ? |
| CARL CLAYTON | MATTHEWS |
| GENEVA COLE | NADEEM |
| ANNIE COLLINS | ? |
| PHILIP COX MS. | LEE |
| SCOTT CRANDALL | ? |
| IRENE CUMMINGS | MURAD |
| SHAMECA DAVIS | RUSSELL |
| CAROLYN DOGGETT | MATTHEWS |
| TANIKKA EATMON | ? |
| MARY ENGLISH | NADEEM |
| ALFONSO ENGLISH | NADEEM |
| MARY EROS | ? |
| DANNY EVANS | ? |
| SUSIE FOUNTAIN | FOUNTAIN |
| TIFFANY GIBSON | ? |
| KAWANA GILLESPIE | ? |
| JUDY GLOWNIAK | WRIGHT |
| LINDA GORDY | ? |
| BETH GRACEY | RUSSELL |
| CHELLIS GRAHAM | ? |
| FANNIE GREEN | RUSSELL |
| MARY HARRIS | ? |
| DORIS HARVEY | WRIGHT |
| DARRYL HENRY | MATTHEWS |
| MARY HILL | ? |
| REGGIE HILL | RUSSELL |
| EVELTON HINES | MATTHEWS |
| SAUNDRA HODGES | ? |
| SHEILA HOPKINS | ? |


EXHIBIT 11

FD-302a (Rev. 05-08-10)

▮▮▮▮▮

Continuation of FD-302 of (U) Interview of Katherine Yu on 2-22-2018 , On 02/22/2018 , Page 9 of 10

| | |
|---|---|
| JESSIE HORGROW | WRIGHT |
| FAWZIEH HOURANI | WRIGHT |
| MARILYN HOWARD | RUSSELL |
| EMMY ISTEFAN | ? |
| RAYMOND JACKSON | ? |
| LUTHER JACKSON JR. | EFREM |
| LINDA JONES | ? |
| ADIL KASSAB | ? |
| BOBBY KIRKWOOD | MATTHEWS |
| STUART KONIETZKO | MATTHEWS |
| ERNEST LEE | ? |
| KELLY LEWIS | ? |
| ALETHA MAGEE | ? |
| DE MCCADNEY | ? |
| ANTHONY MCDONALD | ? |
| OLEN MCKENZIE | ? |
| DAGNER MCKINNEY | ? |
| RACHEL MERMELL | MATTHEWS |
| JERRY MINOR | MATTHEWS |
| HAZEL MOCH | WRIGHT |
| DONNA MORGAN | MATTHEWS |
| GURDIA MOSES | ? |
| CURTIS MOSS | ? |
| TRACY MOTT | MATTHEWS |
| LEONA MURDOCK | RUSSELL |
| MARRY NAOUMI | ALI |
| LEONTEEN NAPIER | RUSSELL |
| CLARENCE NASH | RUSSELL |
| ANTHONY NASH | RUSSELL |
| BESSIE NELSON | NADEEM |
| NATHAN NEVILLE | ? |
| ROSA NEWMAN | RUSSELL |
| KELORES NOLAND | NADEEM |
| RUTH OLDHAM | WRIGHT |
| JAMES PEDDY | ? |
| MARIE PEOPLES | RUSSELL |
| WALTER POOLE | ? |
| MELVIN RANDALL | MATTHEWS |
| KEVIN REESIDE | MATTHEWS |
| PATRICIA RICH | WRIGHT |
| HELEN ROBERSON | ? |
| VIOLA RODGERS | ? |
| FAITH RUSSELL | RUSSELL |
| SAMUEL SCOTT | MATTHEWS |
| GLORIA SCOTT | ? |

INT-0675

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Interview of Katherine Yu on 2-22-2018 , On 02/22/2018 , Page 10 of 10

| | |
|---|---|
| PEGGY SIMMONS | ? |
| DARDEN SINGAL | MATTHEWS |
| JOSEPH SMITH | ? |
| EARNEST SMITH | MATTHEWS |
| JEWEL SMITH | RUSSELL |
| CHARLES SULLIVAN | ? |
| SHENITA TATE | ? |
| CHRIS TEAGUE | ? |
| ERNEST THOMAS SR. | ? |
| DWAYNE TURNER | MATTHEWS |
| DEWAYNE WALLACE | MATTHEWS |
| CAROLYN WALLS | RUSSELL |
| SHIRLEY WASHINGTON | ? |
| HELEN WASHINGTON | ? |
| GERALDINE WASHINGTON | ? |
| DENNIS WATKINS | MATTHEWS |
| ELOUNDA WATTS | ? |
| EMMA WEEMS | ? |
| LINDA WHITE | MATTHEWS |
| BILLY WHITMAN | WRIGHT |
| GLORIA WHITTAKER | ? |
| CLABON WILLIAMS | MATTHEWS |
| HEATHER WILLIAMS | MATTHEWS |
| S. WILLIAMS | ? |
| BARBARA WILSON | MATTHEWS |
| MIRIAM WITTKOPF | ? |
| DONALD WOODARD | MATTHEWS |
| THOMAS YONO | NADEEM |