UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ZAHIR SHAH,

          Defendant.

No. 17-cr-20467

Hon. Avern Cohn

**UNITED STATES' EX PARTE MOTION FOR LEAVE TO FILE AN EXHIBIT IN THE TRADITIONAL MANNER**

THE UNITED STATES OF AMERICA, by its undersigned attorney, and pursuant to the Eastern District of Michigan's Electronic Filing Policies and Procedures, seeks leave of this Court to file an exhibit in the traditional manner.

Exhibit 33A to the United States' Memorandum in Aid of Sentencing cannot be authentically converted to electronic form because it contains a video file. The government therefore respectfully requests that this Court grant leave to file Exhibit 33A to the United States' Memorandum in Aid of Sentencing in the traditional manner.

Pursuant to the Court's January 22, 2019 Order granting the United States' Motion and Order to Seal United States' Memorandum in Aid of Sentencing and the

exhibits thereto, ECF No. 35, the United States will file Exhibit 33A under seal and respectfully requests that this motion and order also be sealed until further order of the Court.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/Howard Locker*
Howard Locker
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC  20005
(202) 878-9409
Howard.Locker@usdoj.gov

Dated:  January 22, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZAHIR SHAH,

        Defendant.

No. 18-cr-20467

Hon. Avern Cohn

**ORDER GRANTING UNITED STATES' EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER**

The United States of America, having moved for leave to file Exhibit 33A to the United States' Memorandum in Aid of Sentencing in the traditional manner, and the Court being duly advised of the premises;

IT IS HEREBY ORDERED that Exhibit 33A may be filed in the traditional manner.

                                          s/Avern Cohn
                                          Hon. Avern Cohn
                                          United States District Judge

Dated: January 24, 2019