UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                       Case No. 2:17–cr–20467–AC–EAS
                                           Hon. Avern Cohn

Zahir Shah,

                Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Zahir Shah

The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  April 25, 2019 at 01:30 PM

**ADDITIONAL INFORMATION:**    Appeal Rights to be Given

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/M. Verlinde
                                                           Case Manager

Dated:  April 23, 2019